**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

**V.**

**BRENT WADE FITZGERALD, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

The Court has before it appellant's April 9, 2013 request for an extension of time to file appellant's corrected brief. The Court **GRANTS** the request and **ORDERS** appellant to file her corrected brief within ten days of the date of this order.

/s/      ELIZABETH LANG-MIERS
         JUSTICE